Ramon OROZCO–RANGEL and Alta-
gracia Orozco-Rangel, Petitioners,

v.

IMMIGRATION & NATURALIZATION
SERVICE, Respondent.

No. 74–2043.

United States Court of Appeals,
Ninth Circuit.

Jan. 23, 1976.

Charles H. Barr, Kennewick, Wash.,
for petitioners.

John L. Murphy, Chief, Govt. Regula-
tions Section, Crim. Div., and Robert E.
Courtney, III, Atty., U. S. Dept. of Jus-
tice, Washington, D. C., for respondent.

OPINION

Before KILKENNY and TRASK, Cir-
cuit Judges, and CARR,* District Judge.

PER CURIAM:

On this Petition for Review of a Deci-
sion of the Board of Immigration Ap-
peals which affirmed the deportation or-
der of an Immigration Judge, we discern
no error and affirm.

The error assigned is a lack of proce-
dural due process because the Spanish-
speaking petitioners were not sufficient-
ly made aware of the proceedings in
which they were participants.

The petitioners were served by a
Spanish-speaking immigration officer
who communicated with them in Span-
ish. An official interpreter was provided
at the immigration hearing. Their own
counsel spoke and understood Spanish
and was given the opportunity to assist
in the translation. The petitioners ad-
mitted the essential charges upon which
the orders were based. No prejudice is
asserted. The appeal borders on the
frivolous.

Affirmed.

* Honorable Charles H. Carr, Senior United States District Judge, Central District of California,
sitting by designation.